PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Pichler                                                                           Cr.: 03-00538-001

Name of Sentencing Judicial Officer: Katharine S. Hayden

Date of Original Sentence: 03/01/04

Original Offense: Bank Robbery

Original Sentence: Imprisonment 71 months, Supervised Release 36 months; Restitution $21,555 Special Conditions: mental health treatment, drug testing and treatment, financial disclosure, no new debt, participate in BOP inmate financial responsibility program

Type of Supervision: Supervised Release                              Date Supervision Commenced: In prison

## PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived.

> The defendant shall not live with, or work for/with, his girlfriend, Robin Burke.

## CAUSE

The offender wishes to reside with his father in the Middle District of Florida. During a previous supervision term, Pichler was supervised in that district while living with his girlfriend and, at some point, committed the instant offense. The Middle District of Florida is willing to again supervise the offender, provided there is a more intensive monitoring process in place during the initial 90 days of supervision (home confinement or RRC placement). Home confinement will satisfy the needs of the receiving district, will afford Pichler the opportunity to reside with his father, and demonstrate that he will offer full compliance during this supervision term.

PROB 12B - Page 2
Robert Pichler

Respectfully submitted,

By: Carolee A. Grazioso
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/17/08
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is to be confined to his residence for a period of 3 (three) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at his residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.18 per day.

The defendant shall not live with, or be employed by/with, his girlfriend, Robin Burke.

Witness: _____   Signed: _____
Supervising U.S. Probation Officer         Probationer or Supervised Releasee
Carolee A. Grazioso                        Robert Pichler

2/28/08
DATE