PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert A. Pichler                              Cr.:03-00538-01 and 96-00386-01

Name of Sentencing Judicial Officer: The Honorable Katharine S Hayden

Date of Original Sentence: 10/21/96

Original Offense: Armed Bank Robbery

Original Sentence: 78 months incarceration, five-year-term of supervised release

Date of Violation Offense: 03/01/04

Violation Offense: Bank Robbery by Force or Violence

Violation Sentence: 71 months incarceration, three-year-term of supervised release

Type of Supervision: Supervised Release                          Date Supervision Commenced: 04/03/09

### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week during any week he is not substantially employed at an employment site approved by the Probation Officer. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

The offender associated with a convicted felon without the permission of the probation office and he remains unemployed.

Respectfully submitted,

By: Suzanne J. Golda
U.S. Probation Officer
Date: 11/16/09

---

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/23/09
Date